## THE PEOPLE v. DEMINT.

*In criminal cases it is error to charge the jury orally, without the consent of parties.*

APPEAL from the Court of Sessions of Sacramento County.

The defendant, A. F. Demint, was indicted for an assault, with intent to commit a rape. On the trial, the Court charged the jury orally, without the consent of parties. The jury found a verdict of guilty. Motion for new trial made and overruled, and prisoner sentenced to one year's imprisonment, from which he appealed.

*Smith & Hardy* for Appellant.

*W. T. Wallace, Attorney-General,* for the People.

TERRY, C. J., delivered the opinion of the Court—BURNETT, J., concurring.

On the trial of this case the Court below charged the jury orally, without the consent of parties.

The act amendatory of an act to regulate proceedings in criminal cases, passed May, 1855, provides that " in no case shall any charge, or instruction, be given to the jury otherwise than in writing, unless by the mutual consent of the parties."

This provision is mandatory, and any departure from it is error.  See People *v.* Buler, July Term, 1856.

Judgment reversed, and cause remanded.